IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY NORSWORTY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00821 |
| | § | |
| **HOUSTON INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT HOUSTON INDEPENDENT SCHOOL DISTRICT'S CERTIFICATE OF INTERESTED PARTIES

Defendant, Houston Independent School District, ("HISD" or "the District"), in compliance with the Court's Order to Disclose Interested Persons, files this Certificate of Interested Parties as follows:

The following persons, association of persons, firms, partnerships, corporations, guarantors, affiliates, parent corporations, of other legal entities known to the undersigned counsel are financially interested in the outcome of this case:

**A.** **Parties:**

    Plaintiff:                    Mary Norsworthy

    Defendant:                Houston Independent School District

**B.** **Attorneys:**

    Plaintiff:                    Alfonso Kennard
                                      Kennard Law P.C.,
                                      5120 Woodway Drive, Suite 10010
                                      Houston, Texas 77056
                                      Telephone: (855) 499-4514
                                      Facsimile: (713) 742-0961

Defendant:         Paul A. Lamp
Karczewski | Bradshaw | Spalding
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: (713) 993-7075
Facsimile: (888) 726-8374

Respectfully submitted,

KARCZEWSKI | BRADSHAW | SPALDING

/s/ Paul A. Lamp
PAUL A. LAMP
State Bar No. 24002443
Federal I.D. 21711
plamp@kbslawgroup.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: (713) 993-7075
Facsimile: (888) 726-8374

ATTORNEY FOR DEFENDANT HISD

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of March, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and issued electronically or via mail notification of such filing to the following:

Alfonso Kennard<br>
Kennard Law P.C.,<br>
5120 Woodway Drive, Suite 10010<br>
Houston, Texas 77056<br>
Alfonso.Kennard@kennardlaw.com<br>
(Attorney for Plaintiff)

/s/ Paul A. Lamp  
Attorney for Defendant HISD